UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court: District of New Jersey     Docket No.: 18-16345 (ESK/AMD)

Estate of Megan Moore
(Plaintiff)

Judge: Ann Marie Donio

v.
Cumberland County, et al
(Defendant)

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that __Conrad J. Benedetto__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [ ] Order, [ ] Other __order of Hon Magistrate Judge Donio__
(Specify)

of the United States District Court, District of New Jersey, entered in this action on

__January 16, 2026__.
(Date)

Dated: February 12, 2026

RECEIVED
FEB 13 2026
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Conrad J. Benedetto
Appellant

2705 Atlantic Avenue
Street

Longport, NJ 08403
City, State, Zip

215) 266-0172
Telephone

RECEIVED
FEB 13 2026
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ